UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RORY SANTISTEVAN,**　　　　　　　　　　　　　　　　　CV # 09-804-BR

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER FOR EAJA FEES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EXPENSES, AND COSTS
**COMMISSIONER of Social Security,**

　　　　Defendant.

　　　　Based on the stipulation of the parties, the Equal Access to Justice Act, 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5,475.00 are awarded to Plaintiff. See <u>Astrue v. Ratliff</u>, ___ U.S. ___ (2010). No costs or expenses are awarded. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tim Wilborn, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tim Wilborn, at P.O. Box 2768, Oregon City, OR 97045.

　　　　DATED this 4th day of November, 2010.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Submitted on November 3, 2010 by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
　Attorney for Plaintiff

ORDER FOR EAJA FEES, EXPENSES, AND COSTS - Page 1